■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CUTHEL, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered July 17, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., O'Connor, Martuscello and Mangano, JJ., concur. [93 Misc 2d 430.]